FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>RYAN J. TURNER; and MEGHAN BARONI, individually and as personal representative of the Estate of Mathew-Michael Theron Baroni, Deceased,<br><br>                Defendants. | NO. 2:17-cv-00245-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

    Before the Court is the parties' Stipulation of Dismissal with Prejudice of All Claims, ECF No. 31. The parties stipulate and request the Court dismiss the above-entitled action with prejudice, and without costs and/or attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//

//

//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice of All Claims, ECF No. 31, is **accepted** and **entered** into the record.

2. The above-entitled action is **DISMISSED with prejudice** and without costs and/or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 21st day of February 2018.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^ 2**